IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff/Respondent, | § § | |
| v. | § § | CIVIL ACTION NO. H-12-1867 (CRIMINAL NUMBER H-11-130-01) |
| MARIANO DIAZ, TDCJ-CID NO. 96528079, | § § § | |
| Defendant/Petitioner. | § | |

## FINAL JUDGMENT

According to the court's Memorandum Opinion and Order granting the United States' Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE.**

For the reasons stated in the court's Memorandum Opinion and Order and because petitioner has not made a substantial showing of the denial of a constitutional right, Diaz is **DENIED** a certificate of appealability.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 16th day of August, 2012.

SIM LAKE
UNITED STATES DISTRICT JUDGE